■ In the Matter of MARC M., a Person Alleged to be a Juvenile Delinquent, Appellant. ONONDAGA COUNTY ATTORNEY, Respondent. [648 NYS2d 378] —Order unanimously affirmed without costs. Same Memorandum as in Matter of Andrew D. (231 AD2d 953 [decided herewith]). (Appeal from Order of Onondaga County Family Court, Rossi, J.—Juvenile Delinquency.) Present—Pine, J. P., Fallon, Wesley, Davis and Boehm, JJ.